UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ANNETTE LAWLOR CASWELL and
ANTHONY CASWELL,

                      Plaintiffs,         13-CV-469A(Sr)

               v.                            ORDER

NATIONAL PASSENGER RAILROAD     DESIGNATING MEDIATOR
CORPORATION, d/b/a AMTRAK,

                      Defendant.
_____

        The parties having failed to select a mediator pursuant to the Case Management Order filed December 2, 2013 (Docket #12);

        **IT IS HEREBY ORDERED** that DENNIS R. McCOY will serve as Mediator for this action.

        SO ORDERED.

DATED:    Buffalo, New York
              March 5, 2014

                                        *s/ H. Kenneth Schroeder, Jr.*
                                        **H. KENNETH SCHROEDER, JR.**
                                        **United States Magistrate Judge**